1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

**CHRISTOPHER J. CUNNINGHAM,**          Case No. C 10-5371LHK (PR)

12
                                        Petitioner,   **[PROPOSED] ORDER**
13

14              **v.**

15   **DOMINGO URIBE, JR.,Warden,**

16                                       Respondent.

17

18       GOOD CAUSE appearing, it is hereby ordered that the time within which to file

19   respondent's answer be extended 60 days to and including July 6, 2011.  Petitioner's traverse, if

20   any, shall be filed and served within 30 days of service of respondent's answer.

21

22

23   Dated:  __4/28/11

                                              _____
24                                             The Honorable Lucy H. Koh

25

26

27

28

                                              [Proposed] Order (C 10-5371LHK (PR))